DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASEY GAYLORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3109

[March 9, 2023]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2022-CF-000666-AXXX-MB

Casey Gaylord, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE, and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***